

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-17-00311-CR

Trial Court Cause
Number:     1497838

Style:     Brown Okoronkwo

    v. The State of Texas

Date motion filed*:     May 9, 2018

Type of motion:     Motion to Withdraw as Appellate Counsel

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

  ☐ Granted

      If document is to be filed, document due:

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐ Denied

  ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

    Appointed counsel's motion to withdraw as appellate counsel is dismissed as moot.

Judge's signature: /s/ Evelyn V. Keyes
      ☒ Acting individually     ☐ Acting for the Court

Date: June 5, 2018